# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Kathryn Thornley                                        Docket No. 5:11-MJ-1097-1

**Petition for Action on Probation**

  COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kathryn Thornley, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. §20-138.1, Driving While Impaired - Level 5, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on April 10, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until her privilege to do so is restored in accordance with law.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offenses of No Operators License, Expired Registration Card/Tag, and Expired/No Inspection on May 1, 2012, in Cumberland County, North Carolina. It is recommended that the defendant complete 24 additional hours of community service for this violation of supervision.

  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Kathryn Thornley
Docket No. 5:11-MJ-1097-1
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.     The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: May 4, 2012 |

### ORDER OF COURT

Considered and ordered this  4th  day of  May , 2012, and ordered filed and made a part of the records in the above case.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge